THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 R. Carlisle
 Roddey, Respondent,
 v.
 NationsWaste,
 Inc., and James Thomas Funderburk, Jr., Defendants,
 of whom
 NationsWaste, Inc. is Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Chester County
 Kenneth G. Goode, Circuit Court Judge
Memorandum Opinion No.  2008-MO-033
Heard June 25, 2008  Filed July 28, 2008  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Evans
 Taylor Barnette, and Susan F. Campbell, both of McCutchen, Blanton, Johnson
 & Barnette, of Columbia, for Petitioner.
 Joel W.
 Collins, Jr., Eric G. Fosmire, and Christian Stegmaier, all of Collins &
 Lacy, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 After careful consideration of the Appendix, briefs, and oral arguments, the
 writ of certiorari is 
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.